

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2017

No. 04-17-00312-CR

Saturnino **GUTIERREZ JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0462-CR-A
Honorable William Old, Judge Presiding

## O R D E R

The reporter's record was due to be filed with this court on August 18, 2017. *See* TEX. R. APP. P. 35.1. After we granted extensions for other court reporters, the record was due on October 20, 2017. On November 1, 2017, court reporter Phyllis A. Bush filed a notification of late record asking for a ten-day extension of time to file the record.

The reporter's request for an extension of time to file the reporter's record is GRANTED. *See id.* R. 35.3(c) (limiting an extension in a regular appeal to thirty days). The reporter's record is due on November 10, 2017. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2017.

_____
Keith E. Hottle
Clerk of Court